479 A.2d 1098

Commonwealth v. Hawkins, Appellant.

Petition for Allowance of Appeal
Denied Oct. 2, 1984.

Submitted February 16, 1984. Louis Lipschitz, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and WATKINS, JJ.

Judgment of sentence affirmed.